UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
NAOMI SINOR WOODS, *et al.*,         )
                                      )
                        Plaintiffs,   )    No. C06-1295RSL
            v.                        )
                                      )    ORDER TO SHOW CAUSE
ALL STATES MOVING & STORAGE, LLC,     )
*et al.*,                             )
                                      )
                        Defendants.   )
_____)

This matter comes before the Court *sua sponte*. On October 18, 2007, plaintiffs filed a motion with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. ##40-43). As of this date, a courtesy copy of these documents has not been provided for chambers.

Plaintiffs are hereby ORDERED to show cause within five days of this Order why they should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. #5) and the "Minute Order Setting Trial & Related Dates" (Dkt. #17). Plaintiffs shall immediately deliver a paper copy of the documents filed on October 18, 2007, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Wednesday, November 7, 2007.

ORDER TO SHOW CAUSE

1     DATED this 29th day of October, 2007.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE      -2-