UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
NAOMI SINOR WOODS, *et al.*,  )
                              Plaintiffs,  )   No. C06-1295RSL
      v.  )
                                     )   ORDER VACATING ORDER
ALL STATES MOVING & STORAGE, LLC,  )   TO SHOW CAUSE
*et al.*,  )
                           Defendants.  )
_____)

      This matter comes before the Court *sua sponte*. On October 29, 2007, the Court ordered plaintiffs to deliver a courtesy copy of documents they filed on October 18, 2007. Plaintiffs have now done so. The Order to Show Cause (Dkt. #44) is hereby VACATED: plaintiffs need not take any further action in response to the Order to Show Cause.

      DATED this 2nd day of November, 2007.

                                             /s/ Robert S. Lasnik
                                             Robert S. Lasnik
                                             United States District Judge