1                                                      The Honorable Robert S. Lasnik

2

3

4



5                                    06-CV-01295-BCST

6

7                              UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
8                                        AT SEATTLE

9    NAOMI SINOR WOODS AND MICHAEL
     WOODS, a married couple,
10
                          Plaintiffs,               NO.  CV6-1295 RSL
11
             v.
12                                                  [PROPOSED] FINDINGS OF FACT AND
     ALL STATES MOVING & STORAGE,                   CONCLUSIONS OF LAW IN SUPPORT
13   LLC; ALL STATES MOVERS, INC.;                  OF DEFAULT JUDGMENT AGAINST
     UNION MOVING LLC; ALL STATES                   ALL STATES MOVING & STORAGE,
14   VAN LINES, INC.; and ANTHEM CLAIM              LLC, ALL STATES MOVERS, INC,
     MANAGEMENT, LLC,                               UNION MOVING, LLC, ALL STATES
15                                                  VAN LINES, INC., AND ANTHEM
                          Defendants.               CLAIM MANAGEMENT, LLC
16

17          THIS MATTER having come on before the undersigned judge on the motion of Plaintiffs

18   Naomi Sinor Woods and Michael Woods ("Woods") for Default Judgment against All States

19   Moving & Storage, LLC, All States Movers, Inc., Union Moving, LLC, All States Van Lines,

20   Inc., and Anthem Claim Management, LLC, and the Clerk having previously entered Orders of

21   Default against All States Moving & Storage, LLC, All States Movers, Inc., Union Moving,

22   LLC, All States Van Lines, Inc., and Anthem Claim Management, LLC, and the Court having

23   considered the declarations of Naomi Sinor Woods and Ryan W. Sternoff in support of Woods'

24   Motion, now, therefore, the Court enters the following:

25

26
     [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF
     LAW IN SUPPORT OF DEFAULT JUDGMENT AGAINST
     ALL STATES MOVING & STORAGE, LLC, ALL STATES                    
     MOVERS, INC, UNION MOVING, LLC, ALL STATES VAN
     LINES, INC., AND ANTHEM CLAIM MANAGEMENT, LLC            999 THIRD AVENUE, SUITE 3100
     (CV6-1295 RSL) – 1                                      SEATTLE, WASHINGTON 98104
     73217.1 / 026354.00001                                  (206) 287-9900  Fax: (206) 287-9902

## FINDINGS OF FACT

1.     The Woods contracted with Defendant Union Moving, LLC, a moving company headquartered in Detroit, Michigan, to transport their personal property from Quinton, Virginia to Sammamish, Washington.

2.     Union Moving, LLC, subcontracted with Defendant All States Moving & Storage, LLC, All States Movers, Inc., and/or All States Van Lines, Inc., to transport the Woods' personal property, including furniture, household items, and clothing ("Property") from Virginia to Washington.

3.     Defendants Union Moving, LLC, All States Moving & Storage, LLC, All States Movers, Inc., and All States Van Lines, Inc., operated jointly to provide transportation services.

4.     The majority of the Woods' Property was damaged, destroyed, lost, or stolen by Defendants Union Moving, LLC, All States Moving & Storage, LLC, All States Movers, Inc., and All States Van Lines, Inc., during transport. The Property that did arrive in Washington was in different shipping boxes than the boxes in which the Property was originally packed by the Woods, and the boxes and Property showed evidence of substantial exposure to water. No explanation or information was or has ever been provided to the Woods as to what occurred.

5.     Some of the Woods' Property was never delivered and remains missing.

6.     When the Property was delivered, the Woods were told that they must pay an additional cash amount of $300.00 in order for their furniture to be moved from the van into their home. This was untrue and was not a part of their contract. The Woods were also wrongly charged $200.00 for tape, boxes, and blankets, which were to be included in the original contract price and were not extras under the contract pursuant to 49 CFR § 375, *et seq.*

7.     Following delivery of their Property, the Woods contacted Defendants in an attempt to file a claim and recover their substantial loss. The Woods were referred to Defendant Anthem Claim Management, LLC ("Anthem"). Anthem assessed the Woods' claim, and

[PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF
LAW IN SUPPORT OF DEFAULT JUDGMENT AGAINST
ALL STATES MOVING & STORAGE, LLC, ALL STATES
MOVERS, INC, UNION MOVING, LLC, ALL STATES VAN
LINES, INC., AND ANTHEM CLAIM MANAGEMENT, LLC
(CV6-1295 RSL) – 2
73217.1 / 026354.00001



1  wrongly advised the Woods that they did not have a claim that could be compensated under the

2  law.  Anthem also attempted to obtain a release from the Woods based on the false information it

3  supplied to the Woods regarding their claim.

4        Based on the foregoing Findings of Fact, the Court now makes the following:

5  **CONCLUSIONS OF LAW**

6      1.     This Court has jurisdiction under 49 U.S.C. §14706, 28 U.S.C. §1331 and §1367.

7      2.     Defendants Union Moving, LLC, All States Moving & Storage, LLC, All States

8  Movers, Inc., and All States Van Lines, Inc., breached their contract with Plaintiffs by damaging

9  the Property and failing to deliver the Property, and Plaintiffs have suffered actual damages as a

10  result of Defendants' breach.

11      3.     Defendants Union Moving, LLC, All States Moving & Storage, LLC, All States

12  Movers, Inc., and All States Van Lines, Inc., violated 49 U.S.C. §14706, *et seq.*, by failing to

13  compensate Plaintiffs for actual losses for which Defendants are liable.

14      4.     Defendants Union Moving, LLC, All States Moving & Storage, LLC, All States

15  Movers, Inc., and All States Van Lines, Inc., violated 49 CFR §375, *et seq.*, authorized under

16  49 U.S.C. §14104, by failing to provide Plaintiffs with a copy of *Your Rights and*

17  *Responsibilities When You Move.*

18      5.     Defendant Union Moving, LLC, All States Moving & Storage, LLC, All States

19  Movers, Inc., and All States Van Lines, Inc., violated 49 U.S.C. §13901, *et seq.*, by failing to

20  register with the United States Department of Transportation and 49 U.S.C. §13303 by failing to

21  register with the appropriate authority in Washington.

22      6.     Defendants violated the Washington Consumer Protection Act, RCW 19.86.010,

23  *et seq.*, by engaging in deceptive acts and practices in trade or commerce that resulted in injury

24  to the Woods.

25

26

[PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF
LAW IN SUPPORT OF DEFAULT JUDGMENT AGAINST
ALL STATES MOVING & STORAGE, LLC, ALL STATES
MOVERS, INC, UNION MOVING, LLC, ALL STATES VAN
LINES, INC., AND ANTHEM CLAIM MANAGEMENT, LLC
(CV6-1295 RSL) – 3
73217.1 / 026354.00001



999 THIRD AVENUE, SUITE 3100
SEATTLE, WASHINGTON 98104
(206) 287-9900  Fax: (206) 287-9902

7.    The Woods have suffered damages in the form of economic loss for repair or replacement of damaged, destroyed, lost or stolen property, and for wrongful payments made to Defendants in the principal sum of $40,706.26. The Woods are entitled to judgment against All States Moving & Storage, LLC, All States Movers, Inc., Union Moving, LLC, All States Van Lines, Inc., and Anthem Claim Management, LLC, for this sum.

8.    The Woods are entitled to treble damages under RCW 19.86.010 in the amount of $10,000. The Woods are entitled to judgment against All States Moving & Storage, LLC, All States Movers, Inc., Union Moving, LLC, All States Van Lines, Inc., and Anthem Claim Management, LLC, for this sum.

9.    The Woods have incurred reasonable attorneys' fees in the amount of $18,908.00 and reasonable costs in the amount of $812.64, all of which are payable by All States Moving & Storage, LLC, All States Movers, Inc., Union Moving, LLC, All States Van Lines, Inc., and Anthem Claim Management, LLC, pursuant to 49 CFR §375, *et seq.*, 49 U.S.C. § 13901, *et seq.*, 49 U.S.C. § 14707, and RCW 19.86.010, *et seq.*, the Woods are entitled to judgment against All States Moving & Storage, LLC, All States Movers, Inc., Union Moving, LLC, All States Van Lines, Inc., and Anthem Claim Management, LLC, for this sum.

10.    The Woods are entitled to judgment in the total amount of $70,426.90, for which All States Moving & Storage, LLC, All States Movers, Inc., Union Moving, LLC, All States Van Lines, Inc., and Anthem Claim Management, LLC, are jointly and severally liable.

DONE IN OPEN COURT this __6th__ day of __Nov.__ , 2007.



THE HONORABLE ROBERT S. LASNIK

[PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF
LAW IN SUPPORT OF DEFAULT JUDGMENT AGAINST
ALL STATES MOVING & STORAGE, LLC, ALL STATES
MOVERS, INC, UNION MOVING, LLC, ALL STATES VAN
LINES, INC., AND ANTHEM CLAIM MANAGEMENT, LLC
(CV6-1295 RSL) – 4
73217.1 / 026354.00001

Ahlers&Cressman

999 THIRD AVENUE, SUITE 3100
SEATTLE, WASHINGTON 98104
(206) 287-9900  Fax: (206) 287-9902

1    Presented by:

2    **AHLERS & CRESSMAN PLLC**

3

4    By:_____/s/ Ryan W. Sternoff_____
         Christina Gerrish Nelson, WSBA #29278
5        Scott R. Sleight, WSBA #27106
         Ryan Sternoff, WSBA #37021
6        Attorneys for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
     [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF
     LAW IN SUPPORT OF DEFAULT JUDGMENT AGAINST
     ALL STATES MOVING & STORAGE, LLC, ALL STATES
     MOVERS, INC, UNION MOVING, LLC, ALL STATES VAN
     LINES, INC., AND ANTHEM CLAIM MANAGEMENT, LLC
     (CV6-1295 RSL) – 5
     73217.1 / 026354.00001



999 THIRD AVENUE, SUITE 3100
SEATTLE, WASHINGTON 98104
(206) 287-9900   Fax:  (206) 287-9902